NUMBER 13-08-00391-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

$16,000.00 U.S. CURRENCY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

 

_____________________________________________________________


On appeal from the 36th District Court of Live Oak County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, Ismael Saldivar, Jr., perfected an appeal from a judgment entered by the
36th District Court of Live Oak County, Texas, in cause number L-07-0144-CV-A. 
Appellant has filed a motion to withdraw his notice of appeal on grounds that the case has
been settled. The Court, having considered the documents on file and appellant's motion
to withdraw the appeal, is of the opinion that the motion should be granted. See Tex. R.
App. P. 42.1(a). Appellant's motion is GRANTED and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 17th day of July, 2008.